**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,    :   No. 505 MAL 2021

                Respondent               :

                                   :   Petition for Allowance of Appeal

                                   :   from the Order of the Superior Court

                v.                      :

                                   :

STEWART C. SMITH,                 :

                                 :

                Petitioner                :


## <u>ORDER</u>


**PER CURIAM**

      **AND NOW**, this 25th day of January, 2022, the Petition for Allowance of Appeal is **DENIED** and the Application to Seek Permission to Exceed Word Count Limit is **DISMISSED** as moot.